# TROY LAW, PLLC

ATTORNEYS / COUNSELORS AT LAW

Tel: 718 762 1324   johntroy@troypllc.com   Fax: 718 762 1342

41-25 Kissena Blvd., Suite 103, Flushing, New York 11355

December 10, 2019

**VIA ECF**
Hon. John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*[Handwritten: Argument adjourned to 1/10/20 at 10:00 a.m. So ordered. /s/ Koeltl, U.S.D.J. 12/10/19]*

Re: **Plaintiffs Letter Motion Requesting to Adjourn the Oral Argument**
    **18-cv-07342- JKG *Rodolfo Tecocoatzi-Ortiz, et al v. Just Salad LLC. et al.***

Dear Honorable Judge Koeltl:

This office represents Plaintiffs' in the above referenced matter. We write respectfully with the consent of the Defendants to respectfully request to adjourn the Oral Argument currently scheduled for December 18, 2019 to any of the proposed dates below. This is first request made by the Plaintiffs and granting such request will not prejudice any party.

Your Honor on December 05, 2019, Ordered parties to appear for the Oral Argument on Plaintiffs Motion for Conditional Collective Certification for December 18, 2019. However, the Undersigned cannot appear for the Oral Argument due to trial scheduled to commence on December 16, 2019 in the matter of *Gonpo v. Sonam's Stonewalls & Art, LLC et al.*, 3:16-cv-40138-MGM (D. Mass., 2016) and other pre scheduled Court appearances. Accordingly, the parties jointly propose the following dates to adjourn the Oral argument to any of the following dates;

- January 08, 2020 any time after 02:00 p.m.;
- January 10, 2020;
- January 27, 2020, any time after 11:00 a.m.; and
- February 10, 2020

For all the foregoing reasons, the undersigned respectfully requests Your Honor, to adjourn the Oral Argument currently scheduled from December 18, 2019 to any of the proposed dates; or allow the parties to further mutually confer and report back to the Court if the dates proposed is not convenient to the Court.

We thank the Court for its time and consideration in this matter.

Respectfully Submitted

/s/ John Troy
John Troy

Cc: all counsel of record *Via* ecf

JT/pk

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12-10-19