UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-10-2020

---

RODOLFO TECOCOATZI-ORTIZ, ET AL.,

              **Plaintiffs,**

   - against -

JUST SALAD LLC, ET AL.,

              **Defendants.**

18-cv-7342 (JGK)

**ORDER**

---

JOHN G. KOELTL, District Judge:

For the reasons stated at the conference on January 10, 2020, the plaintiffs' motion for collective certification and court-authorized notice is **denied without prejudice**. The Clerk is directed to close **Docket No. 57**.

SO ORDERED.

Dated:    New York, New York
            January 10, 2020

                                        John G. Koeltl
                              United States District Judge