**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
––––––––––––––––––––––––––––––––––––––––

**RODOLFO TECOCOATZI-ORTIZ, ET AL.,**

              Plaintiffs,          18-cv-7342 (JGK)

    - against -                ORDER

**JUST SALAD LLC, ET AL.,**

              Defendants.
––––––––––––––––––––––––––––––––––––––––

**JOHN G. KOELTL, District Judge:**

    This case is referred to Magistrate Judge Moses for general pretrial matters.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **April 27, 2020**      __/s/ John G. Koeltl_____
                                                **John G. Koeltl**
                                   **United States District Judge**