```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────

RODOLFO TECOCOATZI-ORTIZ, ET AL.,
                                              18-cv-7342 (JGK)
                    Plaintiffs,
                                              ORDER
        - against -

JUST SALAD, LLC, ET AL.,

                    Defendants.
────────────────────────────────────
```

JOHN G. KOELTL, District Judge:

   The parties should submit a 26(f) Report by March 4, 2021.


**SO ORDERED.**

**Dated:    New York, New York
           February 17, 2020**

                                      /s/ John G. Koeltl
                                        John G. Koeltl
                                   United States District Judge