```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────
RODOLFO TECOCOATZI-ORTIZ, ET AL.,
                                              18-cv-7342 (JGK)
                    Plaintiffs,
                                              ORDER
        - against -

JUST SALAD, LLC, ET AL.,

                    Defendants.
───────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The parties are reminded that the case has been referred to Magistrate Judge Moses for general pre-trial. See ECF Nos. 82 & 83. Non-dispositive motions and requests should be addressed to Magistrate Judge Moses.

**SO ORDERED.**

**Dated:**   **New York, New York**
            **February 17, 2020**

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                    **United States District Judge**