

# MIRANDA SLONE SKLARIN VERVENIOTIS LLP

MICHAEL A. MIRANDA*
STEVEN VERVENIOTIS
ONDINE SLONE
RICHARD S. SKLARIN°
MAURIZIO SAVOIARDO
KELLY M. ZIC
FRANK R. MALPIGLI◻

───────

**SENIOR COUNSEL**
LOUISE FASANO

**WRITER'S DIRECT DIAL:**
516-741-7755

**WRITER'S E-MAIL:**
MMIRANDA@MSSSV.COM

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL   (516) 741-7676
FAX   (516) 741-9060

WWW.MSSSV.COM

**BRANCH OFFICES:**
WESTCHESTER, NY
NEW YORK, NY
CLARK, NJ

ANNE P. EDELMAN
GABRIELLA CAMPIGLIA
RICHARD B. EPSTEIN
FRANK C. LANZO
ABRAHAM WARMBRAND
DEBORA J. DILLON°
KEVIN DONNELLY°*
JACKLYN MACIAS°◊
EDWARD DENBY
ALLYSON N. BROWN
TAIMUR ALAMGIR^

*ALSO ADMITTED IN NEW JERSEY
◊ALSO ADMITTED IN CALIFORNIA
◻ALSO ADMITTED IN FLORIDA
^ALSO ADMITTED IN CONNECTICUT
° RESIDENT IN WESTCHESTER

February 26, 2021

**VIA ECF**
Hon. John G. Koeltl
Senior U.S. District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12B
New York, New York 10007-1312

**MEMO ENDORSED**

Re:   *Rodolfo Tecocoatzi-Ortiz et al. v Just Salad et. al.*
        18-cv-07342(JGK)(BM)

Dear Judge Koetl :

Pursuant to Your Honor's Order of February 23, 2021, the parties jointly submit this Rule 26(f) Report.

**(1) Nature of the Action**

Plaintiffs bring this action on behalf of themselves and others similarly situated pursuant to the Federal Labor Standards Act ("FLSA") for alleged failure to pay minimum wage and failure to pay overtime. Plaintiffs also bring claims under the New York Labor Law ("NYLL"), New York Codes, Rules, Regulations ("NYCRR") for alleged illegal retention of tips, unlawful deductions,

**MIRANDA SLONE SKLARIN VERVENIOTIS** LLP
_____

HON. JOHN G. KOELTL
FEBRUARY 26, 2021
PAGE 2 OF 4

failure to pay minimum wage, failure to pay overtime, failure to pay a spread of hours premium, failure to provide meal break periods, failure to maintain adequate records, failure to provide time of hire notice, failure to provide detailed paystub information, unlawful uniform maintenance policy, and failure to reimburse cost and expenses of delivery vehicle.

Defendants deny the plaintiffs' claims and assert that plaintiffs were paid at or above the minimum wage at all times. Defendants further assert that plaintiffs were required with all required notices and were repeatedly notified that a tip credit would be applied to the minimum wage. Moreover, Defendants assert that plaintiffs were given sufficient uniforms and that Defendants plaintiffs were not entitled to reimbursement for delivery vehicles.

**(2) Jurisdiction and Venue**

The Court has federal question jurisdiction over this matter pursuant to 28 U.S.C. § 1331 as this action is brought under the FLSA, 29 U.S.C. § 201, *et seq*. Specifically, Plaintiffs claim that the Court has jurisdiction as the Defendants are involved in goods that have been moved or produced in interstate commerce and have an annual business volume of at least $500,000. Plaintiffs assert that the Court has supplemental jurisdiction over the NYLL claims under 28 U.S.C. § 1367(a). Venue is proper pursuant to 28 U.S.C. § 1391(b) and (c) because Defendants conduct business in this District and the alleged acts and omissions giving rise to the alleged claims occurred in this District.

**(3) Proposed Agenda for Initial Scheduling Conference**

N/A

**MIRANDA SLONE SKLARIN VERVENIOTIS** LLP

HON. JOHN G. KOELTL
FEBRUARY 26, 2021
PAGE 3 OF 4

**(4) Discovery**

The parties have served and responded to interrogatories and requests for production.

**(5) Proposed Discovery Plan**

| March 9, 2021 | Deadline for Plaintiffs to respond to Defendants' Requests for Admission |
| --- | --- |
| March 8, 2021-March 23, 2021 | Plaintiffs to be deposed during this time. All thirteen (13) named plaintiffs and three (3) opt-in plaintiffs to be available on each day other than March 10, March 11, and March 17th. |
| March 24, 2021-March 31, 2021 | Corporate representative for all corporate defendants to be deposed during this period. |
| March 31, 2021 | Any post-deposition document requests to be served by this date |
| May 1, 2021 | Deadline for completion of all discovery. |
| Expert Discovery | The parties will not be engaging expert witnesses. |

**(6) Proposed Schedule for Filing Dispositive Motions**

Parties wishing to make a motion for summary judgment shall file a pre-motion letter in accordance with Judge Koeltl's individual rules by May 16, 2021.

**(7) Subjects on which discovery may be needed:**

Plaintiffs intend to conduct discovery regarding the allegations in their Complaint, including but not necessarily limited to, Plaintiffs' employment at the Defendants.

Defendants intend to conduct discovery regarding the allegations in Plaintiffs' Complaint, including but not limited to any claims arising out of Plaintiffs' employment at the Defendants. Defendants also intend to conduct discovery regarding Plaintiffs' claims for damages.

**(8) Settlement Discussions**

Mediation was unsuccessful in resolving this matter.

**(9) Length of Trial**

5 Days

**MIRANDA SLONE SKLARIN VERVENIOTIS LLP**

HON. JOHN G. KOELTL
FEBRUARY 26, 2021
PAGE 4 OF 4

**(10) Any Other Information**

The parties thank the Court for its time and attention in this matter.

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| TROY LAW, PLLC | MIRANDA SLONE SKLARIN VERVENIOTIS, LLP |
| _/s/__Aarobn Schweitzer_____ | _/s/___Michael A. Miranda_____ |
| John Troy | Michael A. Miranda, Esq. |
| Aaron Schweitzer | Richard B. Epstein, Esq. |
| *Attorneys for Plaintiffs* | *Attorney for Defendants* |
| 41-25 Kissena Blvd., Suite 119 | The Esposito Building |
| Flushing, New York 11355 | 240 Mineola Boulevard |
| Phone: (718) 762-1324 | Mineola, New York 11501 |
| Fax: (718) 762-1342 | (516) 741-7676 |

Application GRANTED. The Court adopts the parties' proposed revised discovery schedule in its entirety. The parties again are reminded that this case has been referred to the assigned magistrate judge for general pretrial management. (*See* Dkt. No. 83.) All non-dispositive discovery motions and requests should be addressed to Judge Moses.

The Clerk of Court is respectfully directed to close the letter-motion at Dkt. No. 95 as moot in light of the revised schedule.

SO ORDERED.

Barbara Moses, U.S.M.J.
March 1, 2021