UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODOLFO TECOCOATZI-ORTIZ, ET AL.,   18-cv-7342 (JGK)

        Plaintiffs,   ORDER

- against -

JUST SALAD LLC, ET AL.,

        Defendants.

JOHN G. KOELTL, District Judge:

As discussed during the teleconference held on May 27, 2021, the defendants shall file their motion for summary judgment by **July 1, 2021**, the plaintiffs' response is due **July 26, 2021**, and the defendants' reply is due **August 6, 2021**.

SO ORDERED.

Dated:   New York, New York
        May 27, 2021

                                  John G. Koeltl
                              United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-28-21