UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODOLFO TECOCOATZI-ORTIZ, et al.

Plaintiffs,

-against-

JUST SALAD LLC, et al.

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/28/21

18-CV-7342 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

By Order dated May 19, 2021 (Dkt. No. 124), the Court directed plaintiffs to "deliver, to chambers, complete and accurate photocopies of every document shown to plaintiff Sanchez in preparation for his deposition in this action." On May 26, 2021, the deadline to produce those photocopies to chambers, plaintiff's counsel (Yige Chen of Troy Law) *emailed* electronic copies of the requested documents (in PDF format) to my chambers inbox, along with a cover letter, but the Court has not received the required photocopies. Plaintiffs are directed to deliver those documents, on paper, to chambers no later than **June 4, 2021.**

Dated: New York, New York
       May 28, 2021

**SO ORDERED**.

_____

**BARBARA MOSES**
**United States Magistrate Judge**