UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODOLFO TECOCOATZI-ORTIZ, et al.

    Plaintiffs,

-against-

JUST SALAD LLC, et al.

    Defendants.

18-CV-7342 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed, *in camera*, the documents shown to plaintiff Sanchez in preparation for his deposition. The only documents as to which privilege is claimed are two "deposition preparation aid[s]," one in Spanish and one in both English and Spanish. These documents, which constitute attorney work product, include lists of questions that were likely to be asked at deposition, together with general deposition advice (such as, "[p]ay attention to the questions"). Plaintiffs are correct that these documents do not contain any substantive information specific to this case, and thus could not have refreshed Sanchez's recollection as to such information. Consequently, the deposition preparation aids need not be produced.

Dated: New York, New York
       June 7, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**