# EXHIBIT WW

## Notice and Acknowledgement of Pay Rate and Payday/*Aviso y Acuse de Recibo de Tasa de Pago y Día de Cobro*
## Under Section 195.1 of the New York State Labor Law/*Bajo la Sección 195.1 de La Ley de Trabajo del Estado de Nueva York*
### Notice for Hourly Rate Employees/*Aviso para empleados con tasa de pago por hora*

**1. Employer Information/*Información del Empleador***

Name/*Nombre*:

Doing Business As (DBA) name(s)/ *Nombre(s) comercial(es)*:

FEIN (optional)/ Número de Identificación Federal *(opcional)*:

Physical Address/*Dirección Física*: 320 Park

Mailing Address/*Dirección postal u oficial*:

Phone/*Teléfono*:

**2. Notice given/*Aviso emitido*:**

- [x] At hiring/ En la *contratación*
- [ ] On or before February 1/*En o antes del 1 de Febrero*
- [ ] Before a change in pay rate(s), allowances claimed or payday. *Antes de un cambio en tasa de pago, créditos tomados, o día de cobro*

**3. Employee's Pay Rate/*Tasa de pago del empleado*:**

$ 7.50 per hour/*por hora*

**4. Allowances taken/*Créditos tomados*:**

- [ ] None/*ninguno*
- [ ] Tips/*Propinas* 1.50 per hour/ *por hora* - TP Credit
- [ ] Meals/*Comidas* ______ per meal/ *por comida*
- [ ] Lodging/ *Hospedaje* ______
- [ ] Other/*Otra* ______

**5. Regular payday/*Día de Cobro Regular*:** Friday

emp

**6. Pay is/*El pago es*:**

- [x] Weekly/ *Semanal*
- [ ] Bi-weekly/*Quincenal*
- [ ] Other/*Otro* ______

emp

**7. Overtime Pay Rate/*Tasa de Pago de Horas Extras (más de 40 horas trabajadas en una semana)*:**

$ 12 per hour/*por hora* (This must be at least 1½ times the worker's regular rate, with few exceptions.)/*Con pocas excepciones, esta tasa debe ser por lo menos 1½ veces la tasa de pago regular para el trabajador.*

**8. Employee Acknowledgement/*Acuse de Recibo del Empleado*:** On this day, I received notice of my pay rate, overtime rate if eligible, allowances, and designated payday in English and my primary language. I told my employer that my primary language is **Spanish**. *En esta fecha, se me ha informado de mi tasa de pago, mi tasa de pago de horas extras (si elegible), créditos, y del día de cobro en Inglés y en mi lengua materna. Le indiqué al empleador de que mi lengua materna es* ***español***.

Adelaido Galeana

Print Employee Name/*Escriba el nombre del empleado en letra de imprenta*

Adelaido Galeana

Employee Signature/*Firma del Empleado*

1/12/2016

Date/*Fecha*

Daniel Sonnenfeldt HR Representative

Preparer Name and Title/*Nombre y Título del Preparador de este Documento.*

**The employee must receive a signed copy of this form. The employer must keep the original for 6 years./*El empleado debe recibir una copia firmada, de este documento. El original debe permanecer con el empleador por 6 años.***

LS 54S (03/11)

Print Form



**Notice and Acknowledgement of Pay Rate and Payday/*Aviso y Acuse de Recibo de Tasa de Pago y Día de Cobro***
**Under Section 195.1 of the New York State Labor Law/*Bajo la Sección 195.1 de La Ley de Trabajo del Estado de Nueva York***
**Notice for Hourly Rate Employees/*Aviso para empleados con tasa de pago por hora***

**1. Employer Information/*Información del Empleador***

Name/*Nombre*: Just Salad, LLC

Doing Business As (DBA) name(s)/*Nombre(s) comercial(es)*:

FEIN (optional)/ Número de Identificación Federal *(opcional)*:

Physical Address/*Dirección Física*: 320 Park Avenue New York, NY

Mailing Address/*Dirección postal u oficial*:

Phone/*Teléfono*: 212.758.8002

**2. Notice given/*Aviso emitido*:**

☐ At hiring/ En la *contratación*
☒ On or before February 1/*En o antes del 1 de Febrero*
☐ Before a change in pay rate(s), allowances claimed or payday. *Antes de un cambio en tasa de pago, créditos tomados, o día de cobro*

**3. Employee's Pay Rate/*Tasa de pago del empleado*:**

$ 8.65 per hour/*por hora*

**4. Allowances taken/*Créditos tomados*:**

☐ None/*ninguno*
☒ Tips/*Propinas* 4.35 per hour/ *por hora*
☐ Meals/*Comidas* ______ per meal/ *por comida*
☐ Lodging/ *Hospedaje* ______
☐ Other/*Otra* ______

**5. Regular payday/*Día de Cobro Regular*:** Friday / Viernes

**6. Pay is/*El pago es*:**

☒ Weekly/ *Semanal*
☐ Bi-weekly/*Quincenal*
☐ Other/*Otro* ______

**7. Overtime Pay Rate/*Tasa de Pago de Horas Extras (más de 40 horas trabajadas en una semana)*:**

$ 14.50 per hour/*por hora* (This must be at least 1½ times the worker's regular rate, with few exceptions.)/*Con pocas excepciones, esta tasa debe ser por lo menos 1½ veces la tasa de pago regular para el trabajador.*

**8. Employee Acknowledgement/*Acuse de Recibo del Empleado*:** On this day, I received notice of my pay rate, overtime rate if eligible, allowances, and designated payday in English and my primary language. I told my employer that my primary language is **Spanish**. *En esta fecha, se me ha informado de mi tasa de pago, mi tasa de pago de horas extras (si elegible), créditos, y del día de cobro en inglés y en mi lengua materna. Le indiqué al empleador de que mi lengua materna es* ***español***.

Adelaido Galeana
Print Employee Name/*Escriba el nombre del empleado en letra de imprenta*

emp

Adelaido Galeana
Employee Signature/*Firma del Empleado*

emp

Adelaido Galeana
Date/*Fecha*

Phyllis Green, HR & Recruiting Manager
Preparer Name and Title/*Nombre y Título del Preparador de este Documento.*

**The employee must receive a signed copy of this form. The employer must keep the original for 6 years./*El empleado debe recibir una copia firmada, de este documento. El original debe permanecer con el empleador por 6 años.***

Print Form



**Notice and Acknowledgement of Pay Rate and Payday**
**Under Section 195.1 of the New York State Labor Law**
**Notice for Hourly Rate Employees**

**1. Employer Information**

Name: Just Salad

Doing Business As (DBA) Name(s):

FEIN (optional):

Physical Address:

Mailing Address:

Phone: 212.758.8002

**2. Notice given:**

- ☐ At hiring
- ☐ On or before February 1st
- ☐ Before a change in pay rate(s), allowances claimed or payday

**3. Employee's rate of pay:**

$ 6.00 per hour

**4. Allowances taken:**

- ☐ None
- ☐ Tips ________ per hour
- ☐ Meals ________ per meal
- ☐ Lodging ________
- ☐ Other ________________

**5. Regular payday:** Friday

**6. Pay is:**

- ☐ Weekly
- ☐ Bi-weekly
- ☐ Other

**7. Overtime Pay Rate:**

$ ______ per hour (This must be at least 1½ times the worker's regular rate with few exceptions.)

**8. Employee Acknowledgement:**

On this day I have been notified of my pay rate, overtime rate (if eligible), allowances, and designated pay day on the date given below. I told my employer what my primary language is.

**Check one:**

☐ I have been given this pay notice in English because it is my primary language.

☐ My primary language is ____________. I have been given this pay notice in English only, because the Department of Labor does not yet offer a pay notice form in my primary language.

Anthony Rosario
Print Employee Name

[signature]
Employee Signature

4/22/14
Date

Rachel Abrams, HRP
Preparer's Name and Title

**The employee must receive a signed copy of this form. The employer must keep the original for 6 years.**

LS 54 (03/11)

Print Form



**Notice and Acknowledgement of Pay Rate and Payday/*Aviso y Acuse de Recibo de Tasa de Pago y Día de Cobro***
**Under Section 195.1 of the New York State Labor Law/*Bajo la Sección 195.1 de La Ley de Trabajo del Estado de Nueva York***
**Notice for Hourly Rate Employees/*Aviso para empleados con tasa de pago por hora***

**1. Employer Information/*Información del Empleador***

Name/*Nombre*: Just Salad, LLC

Doing Business As (DBA) name(s)/ *Nombre(s) comercial(es)*:

FEIN (optional)/ Número de Identificación Federal *(opcional)*:

Physical Address/*Dirección Física*: 320 Park Avenue New York, NY

Mailing Address/*Dirección postal u oficial*:

Phone/*Teléfono*: 212.758.8002

**2. Notice given/*Aviso emitido*:**

- ☐ At hiring/ En la *contratación*
- ☒ On or before February 1/*En o antes del 1 de Febrero*
- ☐ Before a change in pay rate(s), allowances claimed or payday. *Antes de un cambio en tasa de pago, créditos tomados, o día de cobro*

**3. Employee's Pay Rate/*Tasa de pago del empleado:***

$ 8.65 per hour/*por hora*

**4. Allowances taken/*Créditos tomados:***

- ☐ None/*ninguno*
- ☒ Tips/*Propinas* 4.35 per hour/ *por hora*
- ☐ Meals/*Comidas* _______ per meal/ *por comida*
- ☐ Lodging/ *Hospedaje* _______
- ☐ Other/*Otra* _______________

**5. Regular payday/*Día de Cobro Regular:*** Friday / Viernes

emp

**6. Pay is/*El pago es:***

- ☒ Weekly/ *Semanal*
- ☐ Bi-weekly/*Quincenal*
- ☐ Other/*Otro* _________

emp

**7. Overtime Pay Rate/*Tasa de Pago de Horas Extras (más de 40 horas trabajadas en una semana):***

$19.50 per hour/*por hora* (This must be at least 1½ times the worker's regular rate, with few exceptions.)/*Con pocas excepciones, esta tasa debe ser por lo menos 1½ veces la tasa de pago regular para el trabajador.*

**8. Employee Acknowledgement/*Acuse de Recibo del Empleado*:** On this day, I received notice of my pay rate, overtime rate if eligible, allowances, and designated payday in English and my primary language. I told my employer that my primary language is **Spanish**. *En esta fecha, se me ha informado de mi tasa de pago, mi tasa de pago de horas extras (si elegible), créditos, y del día de cobro en inglés y en mi lengua materna. Le indiqué al empleador de que mi lengua materna es* ***español***.

Camila Ramos Flores
Print Employee Name/*Escriba el nombre del empleado en letra de imprenta*

[signature]
Employee Signature/*Firma del Empleado*

12/28/17
Date/*Fecha*

Phyllis Green, HR; Recruiting Manager
Preparer Name and Title/*Nombre y Título del Preparador de este Documento.*

**The employee must receive a signed copy of this form. The employer must keep the original for 6 years./*El empleado debe recibir una copia firmada, de este documento. El original debe permanecer con el empleador por 6 años.***

NEW YORK STATE OF OPPORTUNITY.

# Notice and Acknowledgement of Pay Rate and Payday Under Section 195.1 of the New York State Labor Law

## Notice for Hourly Rate Employees

**1. Employer Information**

Name: JUST SALAD

Doing Business As (DBA) Name(s):

FEIN (optional):

Physical Address: 663 Lexington Ave NY NY 10022

Mailing Address:

Phone: ~~212~~ -646-430-9239

**2. Notice given:**

- ☐ At hiring
- ☒ Before a change in pay rate(s), allowances claimed or payday

**3. Employee's rate of pay:**

$ 15.00 per hour

**4. Allowances taken:**

- ☒ None
- ☐ Tips ________ per hour
- ☐ Meals ________ per meal
- ☐ Lodging ________
- ☐ Other ________________

**5. Regular payday:** FRIDAY

**6. Pay is:**

- ☒ Weekly
- ☐ Bi-weekly
- ☐ Other

**7. Overtime Pay Rate:**

$ 22.50 per hour (This must be at least 1½ times the worker's regular rate with few exceptions.)

**8. Employee Acknowledgement:**
On this day I have been notified of my pay rate, overtime rate (if eligible), allowances, and designated pay day on the date given below. I told my employer what my primary language is.

**Check one:**

☐ I have been given this pay notice in English because it is my primary language.

☒ My primary language is SPANISH. I have been given this pay notice in English only, because the Department of Labor does not yet offer a pay notice form in my primary language.

Camilo Ramos Flores
Print Employee Name

[signature]
Employee Signature

9/6/18
Date

DAVID NICKERSON RTL
Preparer's Name and Title

**The employee must receive a signed copy of this form. The employer must keep the original for 6 years.**

**Please note:** It is unlawful for an employee to be paid less than an employee of the opposite sex for equal work. Employers also may not prohibit employees from discussing wages with their co-workers.

Print Form

**Notice and Acknowledgement of Pay Rate and Payday/*Aviso y Acuse de Recibo de Tasa de Pago y Día de Cobro***
**Under Section 195.1 of the New York State Labor Law/*Bajo la Sección 195.1 de La Ley de Trabajo del Estado de Nueva York***
**Notice for Hourly Rate Employees/*Aviso para empleados con tasa de pago por hora***

**1. Employer Information/*Información del Empleador***

X Name/*Nombre*: Just Salad LLC

Doing Business As (DBA) name(s)/*Nombre(s) comercial(es)*:

FEIN (optional)/ Número de Identificación Federal *(opcional)*:

X Physical Address/*Dirección Física*: 320 Park Avenue New York NY

Mailing Address/*Dirección postal u oficial*:

X Phone/*Teléfono*: (212) 758-8002

**2. Notice given/*Aviso emitido*:**

- ☐ At hiring/ En la *contratación*
- X ☒ On or before February 1/*En o antes del 1 de Febrero*
- ☐ Before a change in pay rate(s), allowances claimed or payday. *Antes de un cambio en tasa de pago, créditos tomados, o día de cobro*

**3. Employee's Pay Rate/*Tasa de pago del empleado*:**

X $ 7.50 per hour/*por hora*

**4. Allowances taken/*Créditos tomados*:**

- ☐ None/*ninguno*
- ☒ Tips/*Propinas* 3.50 per hour/ *por hora*
- X ☐ Meals/*Comidas* ______ per meal/ *por comida*
- ☐ Lodging/ *Hospedaje* ______
- ☐ Other/*Otra* ______

X **5. Regular payday/*Día de Cobro Regular*:** Friday/ Viernes emp

**6. Pay is/*El pago es*:**

- ☒ Weekly/ *Semanal*
- X ☐ Bi-weekly/*Quincenal* emp
- ☐ Other/*Otro* ______

X **7. Overtime Pay Rate/*Tasa de Pago de Horas Extras (más de 40 horas trabajadas en una semana)*:**
$ 13.00 per hour/*por hora* (This must be at least 1½ times the worker's regular rate, with few exceptions.)/*Con pocas excepciones, esta tasa debe ser por lo menos 1½ veces la tasa de pago regular para el trabajador.*

**8. Employee Acknowledgement/*Acuse de Recibo del Empleado*:** On this day, I received notice of my pay rate, overtime rate if eligible, allowances, and designated payday in English and my primary language. I told my employer that my primary language is **Spanish**. *En esta fecha, se me ha informado de mi tasa de pago, mi tasa de pago de horas extras (si elegible), créditos, y del día de cobro en inglés y en mi lengua materna. Le indiqué al empleador de que mi lengua materna es* ***español.***

- Camilo Ramos
Print Employee Name/*Escriba el nombre del empleado en letra de imprenta*

[signature]
Employee Signature/*Firma del Empleado*

X 13/1/16
Date/*Fecha*

X Rebecca Ross HR+Payroll Specialist
Preparer Name and Title/*Nombre y Título del Preparador de este Documento.*

**The employee must receive a signed copy of this form. The employer must keep the original for 6 years./*El empleado debe recibir una copia firmada, de este documento. El original debe permanecer con el empleador por 6 años.***



**Notice and Acknowledgement of Pay Rate and Payday/*Aviso y Acuse de Recibo de Tasa de Pago y Día de Cobro***
**Under Section 195.1 of the New York State Labor Law/*Bajo la Sección 195.1 de La Ley de Trabajo del Estado de Nueva York***
**Notice for Hourly Rate Employees/*Aviso para empleados con tasa de pago por hora***

Delivery

**1. Employer Information/*Información del Empleador***

X Name/*Nombre*: Just Salad LLC

Doing Business As (DBA) name(s)/ *Nombre(s) comercial(es)*:

FEIN (optional)/ Número de Identificación Federal *(opcional)*:

X Physical Address/*Dirección Física*: 663 Lexington NY, NY 10022

Mailing Address/*Dirección postal u oficial*:

X Phone/*Teléfono*: 212-758-8002

**2. Notice given/*Aviso emitido*:**

X
- [X] At hiring/ *En la contratación*
- [ ] On or before February 1/*En o antes del 1 de Febrero*
- [ ] Before a change in pay rate(s), allowances claimed or payday. *Antes de un cambio en tasa de pago, créditos tomados, o día de cobro*

**3. Employee's Pay Rate/*Tasa de pago del empleado*:**

X $ 7.50 per hour/*por hora*

**4. Allowances taken/*Créditos tomados*:**

X
- [ ] None/*ninguno*
- [X] Tips/*Propinas* 1.50 tip credit per hour/ *por hora*
- [ ] Meals/*Comidas* ______ per meal/ *por comida*
- [ ] Lodging/ *Hospedaje* ______
- [ ] Other/*Otra* ______

**5. Regular payday/*Día de Cobro Regular*:** emp

X Friday

**6. Pay is/*El pago es*:** emp

X
- [X] Weekly/ *Semanal*
- [ ] Bi-weekly/*Quincenal*
- [ ] Other/*Otro* ______

**7. Overtime Pay Rate/*Tasa de Pago de Horas Extras (más de 40 horas trabajadas en una semana)*:**

X $12.00 per hour/*por hora* (This must be at least 1½ times the worker's regular rate, with few exceptions.)/*Con pocas excepciones, esta tasa debe ser por lo menos 1½ veces la tasa de pago regular para el trabajador.*

**8. Employee Acknowledgement/*Acuse de Recibo del Empleado*:** On this day, I received notice of my pay rate, overtime rate if eligible, allowances, and designated payday in English and my primary language. I told my employer that my primary language is Spanish. *En esta fecha, se me ha informado de mi tasa de pago, mi tasa de pago de horas extras (si elegible), créditos, y del día de cobro en inglés y en mi lengua materna. Le indiqué al empleador de que mi lengua materna es español.*

Camilo Ramos

Print Employee Name/*Escriba el nombre del empleado en letra de imprenta*

[signature]

Employee Signature/*Firma del Empleado*

X 8/4/16

Date/*Fecha*

X Rachel Abrams, HRP

Preparer Name and Title/*Nombre y Título del Preparador de este Documento.*

**The employee must receive a signed copy of this form. The employer must keep the original for 6 years./*El empleado debe recibir una copia firmada, de este documento. El original debe permanecer con el empleador por 6 años.***

LS 54S (03/11)





**Notice and Acknowledgement of Pay Rate and Payday**
**Under Section 195.1 of the New York State Labor Law**
**Notice for Hourly Rate Employees**

**1. Employer Information**

Name: Just Salad LLC

Doing Business As (DBA) Name(s):

FEIN (optional):

Physical Address: 1306 1st Ave NY, NY 10021

Mailing Address:

Phone: (646) 430-8796

**2. Notice given:**

- ☐ At hiring
- ☐ On or before February 1st
- ☑ Before a change in pay rate(s), allowances claimed or payday

**3. Employee's rate of pay:**

$ 8.50 per hour

**4. Allowances taken:**

- ☐ None
- ☒ Tips 0.50 per hour
- ☐ Meals ______ per meal
- ☐ Lodging ______
- ☐ Other ______

**5. Regular payday:** Friday

**6. Pay is:**

- ☒ Weekly
- ☐ Bi-weekly
- ☐ Other

emp

emp

**7. Overtime Pay Rate:**

$ 12.75 per hour (This must be at least 1½ times the worker's regular rate with few exceptions.)

**8. Employee Acknowledgement:**

On this day I have been notified of my pay rate, overtime rate (if eligible), allowances, and designated pay day on the date given below. I told my employer what my primary language is.

**Check one:** employee checks off

☐ I have been given this pay notice in English because it is my primary language.

☐ My primary language is ______. I have been given this pay notice in English only, because the Department of Labor does not yet offer a pay notice form in my primary language.

Camila Ramos
Print Employee Name

[signature]
Employee Signature

10/20/16
Date

Rebecca Ross, HR Representative
Preparer's Name and Title

**The employee must receive a signed copy of this form. The employer must keep the original for 6 years.**

LS 54 (03/11)

Print Form



**Notice and Acknowledgement of Pay Rate and Payday/*Aviso y Acuse de Recibo de Tasa de Pago y Día de Cobro***
**Under Section 195.1 of the New York State Labor Law/*Bajo la Sección 195.1 de La Ley de Trabajo del Estado de Nueva York***
**Notice for Hourly Rate Employees/*Aviso para empleados con tasa de pago por hora***

**1. Employer Information/*Información del Empleador***

X Name/*Nombre*: Just Salad LLC

Doing Business As (DBA) name(s)/ *Nombre(s) comercial(es)*:

FEIN (optional)/ Número de Identificación Federal *(opcional)*:

X Physical Address/*Dirección Física*: 134 W 37th St New York NY

Mailing Address/*Dirección postal u oficial*:

X Phone/*Teléfono*: (212)758-8002

**2. Notice given/*Aviso emitido*:**

X
- ☐ At hiring/ En la *contratación*
- ☐ On or before February 1/*En o antes del 1 de Febrero*
- ☐ Before a change in pay rate(s), allowances claimed or payday. *Antes de un cambio en tasa de pago, créditos tomados, o día de cobro*

**3. Employee's Pay Rate/*Tasa de pago del empleado*:**

X $ 7.50 per hour/*por hora*

**4. Allowances taken/*Créditos tomados*:**

X
- ☐ None/*ninguno*
- ☒ Tips/*Propinas* 3.50 per hour/ *por hora*
- ☐ Meals/*Comidas* ______ per meal/ *por comida*
- ☐ Lodging/ *Hospedaje* ______
- ☐ Other/*Otra* ______

**5. Regular payday/*Día de Cobro Regular*:** emp

X Friday / Viernes

**6. Pay is/*El pago es*:** emp

X
- ☒ Weekly/ *Semanal*
- ☐ Bi-weekly/*Quincenal*
- ☐ Other/*Otro* ______

**7. Overtime Pay Rate/*Tasa de Pago de Horas Extras (más de 40 horas trabajadas en una semana)*:**

X $13.00 per hour/*por hora* (This must be at least 1½ times the worker's regular rate, with few exceptions.)/*Con pocas excepciones, esta tasa debe ser por lo menos 1½ veces la tasa de pago regular para el trabajador.*

**8. Employee Acknowledgement/*Acuse de Recibo del Empleado*:** On this day, I received notice of my pay rate, overtime rate if eligible, allowances, and designated payday in English and my primary language. I told my employer that my primary language is **Spanish**. *En esta fecha, se me ha informado de mi tasa de pago, mi tasa de pago de horas extras (si elegible), créditos, y del día de cobro en inglés y en mi lengua materna. Le indiqué al empleador de que mi lengua materna es* ***español.***

DARIO Fernandez
Print Employee Name/*Escriba el nombre del empleado en letra de imprenta*

[signature]
Employee Signature/*Firma del Empleado*

X 1-1-17
Date/*Fecha*

X Rebecca Ross, HR & Payroll Specialist
Preparer Name and Title/*Nombre y Título del Preparador de este Documento.*

**The employee must receive a signed copy of this form. The employer must keep the original for 6 years./*El empleado debe recibir una copia firmada, de este documento. El original debe permanecer con el empleador por 6 años.***

LS 545 (03/11)



# Notice and Acknowledgement of Pay Rate and Payday/*Aviso y Acuse de Recibo de Tasa de Pago y Día de Cobro*

**Under Section 195.1 of the New York State Labor Law/*Bajo la Sección 195.1 de La Ley Laboral del Estado de Nueva York***

**Notice for Multiple Hourly Rate Employees/*Aviso para Empleados con Múltiples Tasas de Pago por Hora***

**1. Employer Information/*Información del Empleador***

Name/*Nombre*: Just Salad LLC

"Doing Business As (DBA)" name(s)/*Nombre(s) comercial(es)*: Just Salad

FEIN (optional)/*Número de Identificación Federal (opcional)*:

Physical Address/*Dirección Física*: 600 Third Ave New York, NY 10016

Mailing Address/*Dirección Postal u Oficial*: 767 Third Ave, 16th Flr New York, NY 10017

Phone/*Teléfono*: 212-244-1111

**2. Notice given/*Aviso emitido*:**

- [X] At hiring/*En la contratación*
- [ ] On or before February 1/*En o antes del 1 de febrero.*
- [ ] Before a change in pay rate(s), allowances claimed or payday./*Antes de un cambio en tasa de pago, créditos tomados, o día de cobro.*

**3. Employee's rate (s) of pay for each type of work or shift/ *Tasa(s)de pago del empleado para cada posición o turno*:**

$6.00 per hr./*por hora* for/*para*______
$_____ per hr./*por hora* for/*para*______
$_____ per hr./*por hora* for/*para*______

**4. Allowances taken /*Créditos tomados*:**

- [ ] None/*Ninguno*
- [X] Tips/*Propinas* $1.25 per hour/*por hora*
- [ ] Meals/*Comidas* _______ per meal/*por comida*
- [ ] Lodging/*Hospedaje* ______________
- [ ] Other/*Otra* ______________

**5. Regular payday/*Día de Cobro Regular*:** Friday

**6. Pay is/*El pago es*:**

- [X] Weekly/ *Semanal*
- [ ] Bi-weekly/*Quincenal*
- [ ] Other/*Otro* ______________

**7. Overtime Pay Rate(s) for each type of work or shift/*Tasa de Pago de Horas Extras (más de 40 horas trabajadas en una semana) para cada posición o turno.*** This must be at least 1½ times the worker's weighted average of the multiple rates of pay with few exceptions. The weighted average is the total regular pay divided by the total hours worked in the week. The overtime rate may vary from week to week depending on how many hours you worked at each rate of pay./*Con pocas excepciones, esta tasa debe ser por lo menos 1½ veces el promedio del las múltiples tasas de pago. El promedio ponderado es el salario ordinario total dividido por el total de horas trabajadas en la semana. La tasa de horas extra puede variar de una semana a otra dependiendo de cuántas horas trabajaste por cada tasa de pago.*

**8. Employee Acknowledgement/ Acuse de Recibo del Empleado:** On this day I have been notified of my pay rate, overtime rate (if eligible), allowances, and designated payday on the date given below in English and my primary language. I told my employer that my primary language is **Spanish**./*En esta fecha se me ha informado de mi tasa de pago, mi tasa de pago de horas extras (si elegible), créditos, y del día de cobro en inglés y en mi lengua materna. Le indiqué al empleador que mi lengua materna es* ***español***.

Dario Fernandez

Employee Signature/*Firma del Empleado*

11-23-2011

Date/*Fecha*

Teroeta James GM

Preparer's Name and Title/*Nombre y Título del Preparador de este Documento.*

**The employee must receive a signed copy of this form. The employer must keep the original for 6 years./*El empleado debe recibir una copia firmada de este documento. El original debe permanecer con el empleador por 6 años.***

Print Form



**Notice and Acknowledgement of Pay Rate and Payday/*Aviso y Acuse de Recibo de Tasa de Pago y Día de Cobro***
**Under Section 195.1 of the New York State Labor Law/*Bajo la Sección 195.1 de La Ley de Trabajo del Estado de Nueva York***
**Notice for Hourly Rate Employees/*Aviso para empleados con tasa de pago por hora***

**1. Employer Information/*Información del Empleador***

X Name/*Nombre*: Just Salad LLC

Doing Business As (DBA) name(s)/ *Nombre(s) comercial(es)*:

FEIN (optional)/ Número de Identificación Federal *(opcional)*:

X Physical Address/*Dirección Física*: 134 W 37th St. New York, NY

Mailing Address/*Dirección postal u oficial*:

X Phone/*Teléfono*: 212.755.8002

**2. Notice given/*Aviso emitido*:**

☐ At hiring/ En la *contratación*

X ☒ On or before February 1/*En o antes del 1 de Febrero*

☐ Before a change in pay rate(s), allowances claimed or payday. *Antes de un cambio en tasa de pago, créditos tomados, o día de cobro*

**3. Employee's Pay Rate/*Tasa de pago del empleado*:**

X $ 8.65 per hour/*por hora*

**4. Allowances taken/*Créditos tomados*:**

☐ None/*ninguno*

X ☒ Tips/*Propinas* 4.35 per hour/ *por hora*

☐ Meals/*Comidas* ______ per meal/ *por comida*

☐ Lodging/ *Hospedaje* ______

☐ Other/*Otra* ______

X **5. Regular payday/***Día de Cobro Regular*: Friday/Viernes emp

**6. Pay is/*El pago es*:**

☒ Weekly/ *Semanal*

X ☐ Bi-weekly/*Quincenal* emp

☐ Other/*Otro* ______

**7. Overtime Pay Rate/*Tasa de Pago de Horas Extras (más de 40 horas trabajadas en una semana)*:**

X $19.50 per hour/*por hora* (This must be at least 1½ times the worker's regular rate, with few exceptions.)/*Con pocas excepciones, esta tasa debe ser por lo menos 1½ veces la tasa de pago regular para el trabajador.*

**8. Employee Acknowledgement/*Acuse de Recibo del Empleado*:** On this day, I received notice of my pay rate, overtime rate if eligible, allowances, and designated payday in English and my primary language. I told my employer that my primary language is **Spanish**. *En esta fecha, se me ha informado de mi tasa de pago, mi tasa de pago de horas extras (si elegible), créditos, y del día de cobro en inglés y en mi lengua materna. Le indiqué al empleador de que mi lengua materna es* ***español***.

DARÍO FERNÁNDEZ
Print Employee Name/*Escriba el nombre del empleado en letra de imprenta*

[signature]
Employee Signature/*Firma del Empleado*

X 12-28-17
Date/*Fecha*

X Phyllis Green, HR & Recruiting Manager
Preparer Name and Title/*Nombre y Título del Preparador de este Documento.*

**The employee must receive a signed copy of this form. The employer must keep the original for 6 years./*El empleado debe recibir una copia firmada, de este documento. El original debe permanecer con el empleador por 6 años.***

Print Form



**Notice and Acknowledgement of Pay Rate and Payday/*Aviso y Acuse de Recibo de Tasa de Pago y Día de Cobro***
**Under Section 195.1 of the New York State Labor Law/*Bajo la Sección 195.1 de La Ley de Trabajo del Estado de Nueva York***
**Notice for Hourly Rate Employees/*Aviso para empleados con tasa de pago por hora***

**1. Employer Information/*Información del Empleador***

X Name/*Nombre*: Just Salad LLC

Doing Business As (DBA) name(s)/ *Nombre(s) comercial(es)*:

FEIN (optional)/ Número de Identificación Federal *(opcional)*:

X Physical Address/*Dirección Física*: 320 Park Avenue NewYork NY

Mailing Address/*Dirección postal u oficial*:

X Phone/*Teléfono*: (212)753-8002

**2. Notice given/*Aviso emitido*:**

☐ At hiring/ En la *contratación*

X ☒ On or before February 1/*En o antes del 1 de Febrero*

☐ Before a change in pay rate(s), allowances claimed or payday. *Antes de un cambio en tasa de pago, créditos tomados, o día de cobro*

**3. Employee's Pay Rate/*Tasa de pago del empleado:***

X $ 7.50 per hour/*por hora*

**4. Allowances taken/*Créditos tomados:***

☐ None/*ninguno*

X ☒ Tips/*Propinas* 3.50 per hour/ *por hora*

☐ Meals/*Comidas* ______ per meal/ *por comida*

☐ Lodging/ *Hospedaje* ______

☐ Other/*Otra* ______

X **5. Regular payday/*Día de Cobro Regular*:** Friday/ Viernes

emp

**6. Pay is/*El pago es*:**

X ☒ Weekly/ *Semanal*

☐ Bi-weekly/*Quincenal*

☐ Other/*Otro* ______

X **7. Overtime Pay Rate/*Tasa de Pago de Horas Extras (más de 40 horas trabajadas en una semana)*:**

$ 13.00 per hour/*por hora* (This must be at least 1½ times the worker's regular rate, with few exceptions.)/*Con pocas excepciones, esta tasa debe ser por lo menos 1½ veces la tasa de pago regular para el trabajador.*

**8. Employee Acknowledgement/*Acuse de Recibo del Empleado*:** On this day, I received notice of my pay rate, overtime rate if eligible, allowances, and designated payday in English and my primary language. I told my employer that my primary language is **Spanish**. *En esta fecha, se me ha informado de mi tasa de pago, mi tasa de pago de horas extras (si elegible), créditos, y del día de cobro en inglés y en mi lengua materna. Le indiqué al empleador de que mi lengua materna es* ***español.***

Diego de la Cruz

Print Employee Name/*Escriba el nombre del empleado en letra de imprenta*

emp [signature]

Employee Signature/*Firma del Empleado*

X ______

Date/*Fecha*

X Rebecca Ross HR+Payroll Specialist

Preparer Name and Title/*Nombre y Título del Preparador de este Documento.*

**The employee must receive a signed copy of this form. The employer must keep the original for 6 years./*El empleado debe recibir una copia firmada, de este documento. El original debe permanecer con el empleador por 6 años.***

Print Form

**Notice and Acknowledgement of Pay Rate and Payday/*Aviso y Acuse de Recibo de Tasa de Pago y Día de Cobro***
**Under Section 195.1 of the New York State Labor Law/*Bajo la Sección 195.1 de La Ley de Trabajo del Estado de Nueva York***
**Notice for Hourly Rate Employees/*Aviso para empleados con tasa de pago por hora***

**1. Employer Information/*Información del Empleador***

Name/*Nombre*: Just Salad LLC

Doing Business As (DBA) name(s)/*Nombre(s) comercial(es)*:

FEIN (optional)/ Número de Identificación Federal *(opcional)*:

Physical Address/*Dirección Física*: 134 W 37th St New York NY

Mailing Address/*Dirección postal u oficial*:

Phone/*Teléfono*: (212)758-8002

**2. Notice given/*Aviso emitido*:**

- [ ] At hiring/ En la *contratación*
- [ ] On or before February 1/*En o antes del 1 de Febrero*
- [ ] Before a change in pay rate(s), allowances claimed or payday. *Antes de un cambio en tasa de pago, créditos tomados, o día de cobro*

**3. Employee's Pay Rate/*Tasa de pago del empleado:***

$ 7.50 per hour/*por hora*

**4. Allowances taken/*Créditos tomados:***

- [ ] None/*ninguno*
- [x] Tips/*Propinas* 3.50 per hour/ *por hora*
- [ ] Meals/*Comidas* ______ per meal/ *por comida*
- [ ] Lodging/ *Hospedaje* ______
- [ ] Other/*Otra* ______

**5. Regular payday/*Día de Cobro Regular*:** Friday / Viernes

e.mp

**6. Pay is/*El pago es:***

- [x] Weekly/ *Semanal*
- [ ] Bi-weekly/*Quincenal*
- [ ] Other/*Otro* ______

emp

**7. Overtime Pay Rate/*Tasa de Pago de Horas Extras (más de 40 horas trabajadas en una semana):***

$13.00 per hour/*por hora* (This must be at least 1½ times the worker's regular rate, with few exceptions.)/*Con pocas excepciones, esta tasa debe ser por lo menos 1½ veces la tasa de pago regular para el trabajador.*

**8. Employee Acknowledgement/*Acuse de Recibo del Empleado*:** On this day, I received notice of my pay rate, overtime rate if eligible, allowances, and designated payday in English and my primary language. I told my employer that my primary language is **Spanish**. *En esta fecha, se me ha informado de mi tasa de pago, mi tasa de pago de horas extras (si elegible), créditos, y del día de cobro en inglés y en mi lengua materna. Le indiqué al empleador de que mi lengua materna es* ***español.***

Enrique Encalada
Print Employee Name/*Escriba el nombre del empleado en letra de imprenta*

[signature]
Employee Signature/*Firma del Empleado*

1-1-17
Date/*Fecha*

Rebecca Ross, HR + Payroll Specialist
Preparer Name and Title/*Nombre y Título del Preparador de este Documento.*

**The employee must receive a signed copy of this form. The employer must keep the original for 6 years./*El empleado debe recibir una copia firmada, de este documento. El original debe permanecer con el empleador por 6 años.***

LS 54S (03/11)