UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RODOLFO TECOCOATZI-ORTIZ ET AL.,

           Plaintiffs,

- against -

JUST SALAD LLC ET AL.,

           Defendants.

18-cv-7342 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

On August 8, 2021, the plaintiffs filed ~~an alleged~~ cross-motion for class certification. See ECF No. 143. In a letter dated August 10, 2021, the defendants argued that plaintiffs' alleged cross-motion is untimely and should be stricken. See ECF No. 145.

The Court cannot determine that plaintiffs' alleged cross-motion is untimely on the basis of defendants' letter. The defendants' time to respond to plaintiffs' alleged cross-motion is extended to **September 3, 2021**. The plaintiffs' reply shall be filed by **September 17, 2021**.

The defendants may raise any arguments with respect to the timeliness of the plaintiffs' alleged cross-motion in their responsive brief.

    **SO ORDERED.**

Dated:    New York, New York
            August 10, 2021

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                    **United States District Judge**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/21