UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RODOLFO TECOCOATZI-ORTIZ, ET AL.,

                Plaintiffs,

- against -

JUST SALAD LLC, ET AL.,

                Defendants.

18-cv-7342 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for today, May 2, 2022, is adjourned to May 6, 2022, at 2:30 p.m. Dial-in: 888-363-4749, with access code 8140049.

    The Clerk is directed to close Docket No. 165.

SO ORDERED.

Dated:    New York, New York
            May 2, 2022

                                          John G. Koeltl
                                   United States District Judge