UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

RODOLFO TECOCOATZI-ORTIZ, ET AL.,

                    Plaintiffs,

- against -

JUST SALAD LLC, ET AL.,

                    Defendants.

18-cv-7342 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The fixed trial date in this action is **May 18, 2022 at 9:00 a.m.**

SO ORDERED.

Dated:    New York, New York
           May 3, 2022

                                       John G. Koeltl
                               United States District Judge