# TROY LAW, PLLC

ATTORNEYS / COUNSELORS AT LAW

Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

May 6, 2022

**Via ECF**
Hon. John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*[handwritten: The conference will proceed at 12:30 P.M. today. So ordered. /s/ Koeltl U.S.D.J.]*

**Re:** **Emergency Letter Request for Adjournment of Conference Scheduled for** *[handwritten: 5/6/22]*
**May 6, 2022 at 02:30 pm to May 06, 2022 at 02:00 pm**
*Tecocoatzi-Ortiz v. Just Salad LLC*, No. 18-cv-07342 (JGK) (BCM), (S.D.N.Y.)

Your Honor,

I represent the Plaintiffs in the above-referenced matter. We write respectfully and with Defendants consent to request and adjournment of the conference scheduled today, May 6, 2022 at 02:30 pm to thirty minutes earlier, which would be 02:00 pm. This is plaintiffs first request and granting such request will not prejudice any party in the above matter. Plaintiff sincerely apologizes for the last-minute request for adjournment.

Plaintiffs request for an adjournment for the attorney that would be appearing at the conference today, Trial Counsel Attorney Aaron Schweitzer, has a Continued Legal Education Panel at 02:45 pm that he will be speaking at. The Panel was supposed to be scheduled at 03:15 pm but the panel was moved up to 02:45 pm and plaintiffs became aware of this yesterday evening. Since the panel has been rescheduled to 02:45 pm, plaintiffs are concerned that if we have the conference with Your Honor at 02:30 pm attorney Schweitzer will not have enough time to fully attend the status conference with Your Honor and defense counsel and attend the Continued Legal Education Panel.

Plaintiffs have emailed Defense counsel in the matter to see if they would consent to the adjournment and they have consented to adjourn the conference. Plaintiffs respectfully request that, the conference scheduled today at 02:30 pm be moved up 30 minutes earlier and commence at 02:00 pm.

We thank the court for its time and consideration in the matter and sincerely apologize for the last-minute request.

Respectfully submitted,
TROY LAW, PLLC

*/s/ John Troy*
John Troy
*Attorney for Plaintiffs*

Hon. John G. Koeltl, U.S.D.J.
May 6, 2022
*Tecocoatzi-Ortiz v. Just Salad LLC*, No. 18-cv-07342 (JGK) (BCM), (S.D.N.Y.)
Page 2 of 2

cc: via ECF
    all counsel of record
    /gd