UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIEGO DE LA CRUZ ROSAS, ADELAIDO
GALEANA, JOSE PEREDA ABARCA, RODOLFO
ZEMPALTECA MONTES, ENRIQUE DOSITEO
ENCALADA ABAD, LUIS JOFREE LEMA
MAYANCELA, JOSE REINALDO YUQUILEMA
MULLO, AND FELIPE RAMIREZ,

18-cv-7342 (JGK)

ORDER

                              Plaintiffs,

         - against -

JUST SALAD 600 THIRD LLC, JUST SALAD
134 37TH ST. LLC, JUST SALAD 315 PAS
LLC, JUST SALAD 320 PARK AVE LLC,
JUST SALAD 30 ROCK LLC, JUST SALAD
706 6TH AVE LLC, JUST SALAD WWP LLC,
JUST SALAD 663 LEX LLC, JUST SALAD
8TH ST LLC, JUST SALAD 1471 3RD AVE
LLC, JUST SALAD 1ST AVENUE LLC, JUST
SALAD HUDSON SQUARE LLC, JUST SALAD
90 BROAD STREET LLC, AND JUST SALAD
223 BROADWAY LLC,

                              Defendants.

---

JOHN G. KOELTL, District Judge:

As discussed on the record at the final pretrial conference held today:

- The jury trial in this action will begin on May 18, 2022, at 9:00 a.m. in Courtroom 14A, 500 Pearl Street, New York, NY 10007, unless the plaintiffs' counsel is engaged in trial in the Eastern District of New York on May 17, 2022. The plaintiffs' counsel shall advise the Court by email or notice on ECF by noon on May 17, 2022, if counsel is actually engaged in trial on May 17, 2022.

1

- The parties are directed to provide the Court with a set of exhibits and an exhibit list on the first day of trial.

- Before trial begins, the plaintiffs may depose the witnesses on the defendants' witness list that were disclosed in the defendants' interrogatory responses but not in their initial disclosures.

- The parties are directed to exchange witness lists with good faith estimates with respect to the order of witnesses by May 12, 2022.

The Clerk is directed to amend the case caption to conform to the above.

**SO ORDERED.**

Dated:   New York, New York
         May 6, 2022

_____
John G. Koeltl
United States District Judge