UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――

DIEGO DE LA CRUZ ROSAS, ET AL.,

                            Plaintiffs,

        - against -

JUST SALAD 600 THIRD LLC, ET AL.,

                        Defendants.

―――――――――――――――――――――――

18-cv-7342 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The defendants are directed to respond to the plaintiffs'
motion in limine by May 12, 2022.

The parties are also reminded that it is the parties'
responsibility, not the Court's, to make any necessary
arrangements for interpreters at trial.

SO ORDERED.

Dated:     New York, New York
           May 11, 2022

                               John G. Koeltl
                    United States District Judge