UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIEGO DE LA CRUZ ROSAS, ET AL.,

              Plaintiffs,

- against -

JUST SALAD 600 THIRD LLC, ET AL.,

              Defendants.

18-cv-7342 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit proposed verdict forms by May 13, 2022.

SO ORDERED.

Dated:    New York, New York
           May 11, 2022

                                          John G. Koeltl
                                      United States District Judge