# TROY LAW, PLLC

ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324  troylaw@troypllc.com  Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

May 13, 2022

**Via ECF**
Hon. John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   **Re:** **Report of Settlement**
     *Tecocoatzi-Ortiz v. Just Salad LLC*, No. 18-cv-07342 (JGK) (BCM), (S.D.N.Y.)

Your Honor,

  I represent the Plaintiffs in the above-referenced matter. I write respectfully, and with the consent of Defense counsel, to report that the parties have entered into a binding settlement of $120,000 as  to the Plaintiffs' damages..

  We propose to submit a fairness letter and partial stipulation of dismissal by June 13, 2022 for court approval, with the issue of attorneys' fees reserved for further settlement discussions or briefing as set forth in my earlier correspondence this afternoon.

  In light of the above, we respectfully request adjournment of the jury trial and related deadlines scheduled to begin May 18, 2022, *sine die*.

  We thank the Court for its time and consideration in this matter and the Court's and Magistrate Moses' invaluable assistance  in the Resolution of this matter.

       Respectfully submitted,
       TROY LAW, PLLC

       */s/ Aaron B. Schweitzer*
       Aaron B. Schweitzer
       *Attorney for Plaintiffs*

cc: via ECF
  all counsel of record
  /asb