# TROY LAW, PLLC
ATTORNEYS / COUNSELORS AT LAW

Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342

41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

June 13, 2022

**Via ECF**
Hon. John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
Application granted.  SO ORDERED.

New York, NY       /s/ John G. Koeltl
June 13, 2022      John G. Koeltl, U.S.D.J.
```

Re:   **Joint Motion for Extension of Time to File Fairness Letter Motion**
*Tecocoatzi-Ortiz v. Just Salad LLC*, **No. 18-cv-07342 (JGK) (BCM), (S.D.N.Y.)**

Your Honor,

We write jointly with the Defendants to respectfully request an extension until July 19th to submit the Joint Fairness Letter with executed Settlement Agreement.

This will allow for us to finalize the settlement agreement, obtain the necessary signatures from each of our clients, and submit a complete presentation to the court for approval.

Respectfully submitted,
TROY LAW, PLLC

 /s/ John Troy
John Troy
Aaron Schweitzer
Tiffany Troy
*Attorney for Plaintiffs*

cc:   via ECF
     all counsel of record
     /mh