UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIEGO DE LA CRUZ ROSAS, ET AL.,

                Plaintiffs,

- against -

JUST SALAD 600 THIRD LLC, ET AL.,

                Defendants.

18-cv-7342 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for June 30, 2022, is canceled.

SO ORDERED.

Dated:    New York, New York
           June 24, 2022

                                      /s/ John G. Koeltl
                                        John G. Koeltl
                                  United States District Judge