# TROY LAW, PLLC
ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

July 19, 2022

**Via ECF**
Hon. John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
7/20/22

**Re:   Plaintiffs Letter Requesting Extension of Time to File Joint Fairness Letter**
*Tecocoatzi-Ortiz v. Just Salad LLC*, No. 18-cv-07342 (JGK) (BCM), (S.D.N.Y.)

Your Honor,

We represent the Plaintiffs in the above-referenced matter. We write respectfully and with defendants' consent to request for an extension of time to file the party's Joint Fairness Letter to the court for approval. Plaintiff respectfully request for two additional weeks for the parties to provide their Joint Fairness Letter meaning that the time to file the Joint Fairness Letter will be extended from July 19, 2022 to August 2, 2022. This is the second request, with Your Honor granting the first request, and granting such request will not prejudice any party in the matter.

Plaintiff request for an additional two weeks to provide the court with the party's Joint Fairness Letter for the parties are working out some last-minute issues. There are one to two issues that the parties still need to iron out before the parties can file their Joint Fairness Letter to the court for approval. The next two weeks will be used for the parties to meet and work on the outstanding issues before the Joint Fairness Letter is filed to the court. Should the parties need the courts help with any issues they will file a letter requesting for a conference with Your Honor

For the reasons stated above, plaintiff respectfully request for an extension of time of two weeks for the parties to file their Joint Fairness Letter meaning that the new date to file the Joint Fairness Letter will be extended from July 19, 2022 to August 2, 2022.

We thank the court for its time and consideration in the matter and sincerely apologize for the delay.

Respectfully submitted,
TROY LAW, PLLC

*/s/ John Troy*
John Troy
*Attorney for Plaintiffs*

cc: via ECF
all counsel of record
/gd