# TROY LAW, PLLC

## ATTORNEYS / COUNSELORS AT LAW

Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

August 2, 2022

**Via ECF**
Hon. John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> **Re:** **Third Motion for Extension of Time to File Joint Fairness Letter**
> *Tecocoatzi-Ortiz v. Just Salad LLC*, No. 18-cv-07342 (JGK) (BCM), (S.D.N.Y.)

Your Honor,

We represent the Plaintiffs in the above-referenced matter. We write respectfully and with defendants' consent to request from August 2, 2022 to August 30, 2022 to execute the Settlement Agreement and submit the Joint Fairness Letter together with settlement agreement to the Court.

Since the last update, the parties have finalized the Settlement Agreement, and Defendants as well as most Plaintiffs have executed the Settlement Agreement.

We thank the court for its time and consideration in the matter and sincerely apologize for the delay.

Respectfully submitted,
TROY LAW, PLLC

/s/ John Troy
John Troy
*Attorney for Plaintiffs*

cc: via ECF
    all counsel of record
    /mh

APPLICATION GRANTED
SO ORDERED

8/2/22                          , U.S.D.J.