Per agreement, to be filed after full payment has been cleared.

# EXHIBIT A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DE LA CRUZ ROSAS *et al.*

                     Plaintiffs,

v.

JUST SALAD 600 THIRD LLC *et al.*

                     Defendants.
-----------------------------------------------------------x

Case No.18-cv-07342

**STIPULATION AND ORDER OF PARTIAL DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs and Defendants in the above captioned action, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be **partially** dismissed, with prejudice and without costs or attorneys' fees to any party, as to Plaintiffs or Defendants.

All claims shall be dismissed **except as set forth below**:

The amount of fees and costs allegedly due Plaintiff's counsel in this lawsuit will be determined by separate application to the Court by agreement between the parties.

This Court retains jurisdiction to enforce the Settlement Agreement and the Release of this action.

TROY LAW, PLLC
*Attorneys for the Plaintiffs*

By: _____
John Troy
41-25 Kissena Blvd., Suite 103
Flushing, NY 11355
Tel: 718 762 1324

MIRANDO SLONE SKLARIN VERVENIOTIS LLP
*Attorneys for Defendants*

_____
Michael A. Miranda, Esq.
The Esposito Building
240 Mineola Blvd
Mineola, NY 11501
Tel: 516 741 7676

SO ORDERED.

*[signature]*
8/8/22.