UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

DIEGO DE LA CRUZ ROSAS, ET AL.,                18-cv-7342 (JGK)

            Plaintiffs,                        ORDER

       - against -

JUST SALAD 600 THIRD LLC, ET AL.,

            Defendants.
_____

JOHN G. KOELTL, District Judge:

    The plaintiffs are directed to provide the Court with courtesy copies of all papers filed in connection with the fully briefed motion for attorneys' fees (ECF No. 200).

SO ORDERED.

Dated:    New York, New York
          November 11, 2022

                                         _____
                                             John G. Koeltl
                                        United States District Judge