UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――――

**DIEGO DE LA CRUZ ROSAS, ET AL.,**    18-cv-7342 (JGK)

        Plaintiffs,    ORDER

    - against -

**JUST SALAD 600 THIRD LLC, ET AL.,**

        Defendants.

―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

The Court has reviewed the Report and Recommendation of the Magistrate Judge dated August 4, 2023. The Report recommends that the Court grant the plaintiffs' fee application (ECF No. 200) and that Troy Law, PLLC, the firm that represented the plaintiffs throughout this action, be awarded $38,263.28 in attorney's fees and $600 in costs, for a total award of $38,863.28.

No objections have been filed to the Report and Recommendation, and the time for any objections has passed. In any event, the Court finds that the Report and Recommendation is well reasoned and correct. The Court therefore adopts the Report and Recommendation. The plaintiffs' fee application is **granted**, and Troy Law, PLLC is awarded $38,263.28 in attorney's fees and $600 in costs, for a total award of $38,863.28.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **August 22, 2023**

                                          /s/ John G. Koeltl
                                          **John G. Koeltl**
                                **United States District Judge**